# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY SHEPARD,

          Petitioner,

v.

STATE OF NEVADA, *et al*.,

          Respondents.

Case No. 3:19-cv-00565-RCJ-WGC

**ORDER**

Petitioner Gary Shepard, a *pro se* Nevada prisoner, has not properly commenced this habeas action by either paying the standard filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). He submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 as part of his initiating documents (ECF No. 1), but he did not pay the $5 habeas filing fee or submit an IFP application for incarcerated litigants with the appropriate supporting documentation. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

To proceed in a civil action without paying the standard filing fee, LSR 1-1 of the Local Rules of Practice and 28 U.S.C. § 1915 provide that a prisoner must submit the court's form IFP application for incarcerated litigants. Additionally, LSR 1-2 and § 1915 specifically require three items be submitted to this court with a prisoner's IFP application: (1) a financial certificate signed by an authorized officer of the institution in which he or she is incarcerated, (2) a copy of his or her inmate trust account statement for the six-month period prior to filing, and (3) a signed financial affidavit showing an inability to prepay fees and costs or give security for them. Shepard will have 30 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required attachments.

///

///

**IT THEREFORE IS ORDERED:**

1. The Clerk of Court is instructed to MAIL Petitioner Gary Shepard a blank form application to proceed *in forma pauperis* for incarcerated litigants with instructions.

2. **Within 30 days of the date of this order**, Shepard must file an IFP application along with all required attachments. Alternatively, Shepard will pay the $5 filing fee within 30 days.

3. Shepard's failure to comply with this order within 30 days by (a) submitting a complete IFP application, or (b) paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED this 23rd day of December, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE